UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MARR,

        Plaintiff,           Case No. 1:07-CV-745

v.                                    Honorable Richard Alan Enslen

PATRICIA CARUSO et al.,

        Defendants.
_____/

## JUDGMENT

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. On August 22, 2008, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("Report") to grant Defendants' motion for summary judgment. The matter presently is before the Court on Plaintiff's objections to the Report.

This Court reviews *de novo* those portions of a Report to which objections are made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court may accept, reject or modify any or all of the Magistrate Judge's findings or recommendations. *Id.*

The Court has reviewed *de novo* each of Plaintiff's objections and finds no error in the reasoning of the Magistrate Judge. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's objections (Dkt. No. 50) are **DENIED**, the Report and Recommendation (Dkt. No. 44) is **ADOPTED**, Defendants' Motion for Summary Judgment (Dkt. No. 23) is **GRANTED**, and the action is **DISMISSED WITH PREJUDICE**.

                                  /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:      RICHARD ALAN ENSLEN
    September 26, 2008        SENIOR UNITED STATES DISTRICT JUDGE